IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAYLEN DALAINO BELL,

        Plaintiff,

v.                                                CIVIL ACTION NO. 2:25-cv-00196

WOOD COUNTY, et al.,

        Defendants.

**ORDER**

Before the Court is Jaylen Bell's ("Plaintiff") Motion to Proceed in Forma Pauperis and Complaint for Violation of Privacy, Identity Theft, and Constitutional Rights. (ECF Nos. 1, 2.) By standing order, this matter was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition ("PF&R"). (ECF No. 3.) On August 28, 2025, Magistrate Judge Tinsley filed a PF&R recommending Plaintiff's Motion to Proceed in Forma Pauperis be denied. (ECF No. 4.)

This Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a *de novo* review when a party "makes general

and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R were due on September 15, 2025. (ECF No. 4.) To date, Plaintiff has not filed any objections, thereby waiving de novo review of the PF&R. Accordingly, this Court **ADOPTS** the PF&R, (ECF No. 4), and **DENIES** Plaintiff's motion. (ECF No. 1.) The Court further **DIRECTS** the Clerk to **REMOVE** this case from the active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 1, 2025

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE